SIGN EFFECTZ, INC.,

   Plaintiff,

v.              Case No. 18-cv-1125-pp

JOHN KOWALSKI,
and DL SIGN SYSTEMS, INC.,

   Defendants.

## ORDER DISMISSING CASE

On October 23, 2019, the parties filed a stipulation to dismiss this case with prejudice. Dkt. No. 50. The court **APPROVES** the parties' stipulation and **ORDERS** that this case, including all claims and counterclaims asserted, is **DISMISSED with prejudice** on the merits, and without costs or fees awarded to any party.

Dated in Milwaukee, Wisconsin this 24th day of October, 2019.

            **BY THE COURT:**

            _____
            **HON. PAMELA PEPPER**
            **United States District Judge**